AO 108 (2/90) Application for Seizure Warrant

FILED

08 MAR -5 AM 9:04

## United States District Court

DISTRICT COURT
DISTRICT OF CALIFORNIA

_____Southern_____ DISTRICT OF _____California_____

                                                                    DEPUTY

In the Matter of the Seizure of
(Address or brief description of the property or premises to be seized)

    1991 Silver Ford Probe
    Bearing California Plates: 6CHK238
    VIN: 1ZVPT21UXM5143451

**APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT**

CASE NUMBER: '08 MJ 0664

I _____Jose D. Morales_____ being duly sworn depose and say:

I am a(n) __U.S. Border Patrol Senior Patrol Agent__ and have reason to believe
                  Official Title

that in the _____Southern_____ District of _____California_____,
there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

    1991 Silver Ford Probe
    Bearing California Plates: 6CHK238
    VIN: 1ZVPT21UXM5143451

which is a vehicle/conveyance which was used in the commission of a violation of Title 8, United States Code, Section 1324 (a) (1) (B) and is therefore subject to seizure.

Concerning a violation of Title ____8____ United States Code, Section(s) __1324 (b)__.
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.  ☒ Yes  ☐ No

                                              Signature of Affiant

Sworn to before me, and subscribed in my presence

March 04, 2008 _____ at San Diego, California
Date  **CATHY ANN BENCIVENGO**  City and State
    **U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer            Signature of Judicial Officer

# AFFIDAVIT

UNITED STATES OF AMERICA            )
                                    )
                                    ) ss
                                    )
SOUTHERN JUDICIAL DISTRICT OF CALIFORNIA)

I, Jose D. Morales, being duly sworn, hereby depose and say:

1. I am a Senior Patrol Agent with the United States Border Patrol (hereinafter referred to as "USBP") Department of Homeland Security, Bureau of Customs and Border Protection. I have been an agent for 4 years and 8 months. I am currently assigned to the Asset Forfeiture Office for the San Diego Sector Border Patrol. I make this affidavit based upon information related to me through oral and written reports, which I have reviewed regarding this, and other investigations reported to me directly or indirectly by USBP agents and other law enforcement agents.

2. This affidavit is made in support of a seizure warrant for a silver 1991 Ford Probe (hereinafter referred to as "1991 Ford Probe") bearing California, license plate number 6CHK238, vehicle identification number (hereinafter referred to as "VIN") 1ZVPT21UXM5143451, which was used in the commission of a violation of Title 8, United States Code, Section 1324, transportation of undocumented aliens. This seizure warrant is sought pursuant to Title 8, United States Code, Section 1324(b), and Title 8, Code of Federal Regulations, Section 274.4. For reasons stated below, your affiant respectfully requests the seizure warrant order the seizure of the 1991 Ford Probe at any time of the day or night, 24 hours

a day, if the 1991 Ford Probe is encountered by law enforcement in a public place or upon a public road or highway.

3.   On February 24, 2008 at approximately 12:20 AM, the 1991 Ford Probe approached the State Route 94 USBP Checkpoint.  A white male adult was the driver and sole visible occupant. The State Route 94 USBP checkpoint is located in Jamul, in the Southern District of California. It is located approximately seven miles north of the United States / Mexico international border, and approximately thirteen miles west of the Tecate, California United States Port of Entry.  At the time the 1991 Ford Probe approached the checkpoint, USBP Agent Rodriguez was standing at the side of a traffic lane, next to a large stop.  Agent Rodriguez was at the primary inspection point, monitoring the approaching vehicles as they stopped at the checkpoint.  Agent Rodriguez was wearing his USBP service uniform, clearly identifying him as a USBP agent.  As the 1991 Ford Probe approached the checkpoint, Agent Rodriguez motioned the driver to come to a stop. Agent Rodriguez spoke to the driver and sole visible occupant through the open driver's door window.  Agent Rodriguez asked the driver of the 1991 Ford Probe to state his citizenship.  The driver declared himself to be a United States citizen.  Agent Rodriguez asked the driver if he could inspect the interior of the sedan's rear cargo trunk.  The driver gave consent, but explained the trunk locking and release system did not function.  Therefore, he was unable to open the trunk lid.  Agent Rodriguez referred the driver to the secondary vehicle inspection area for a more thorough examination.  The USBP checkpoint secondary inspection area was located off the highway, to the side of the road bed, a few yards beyond the primary inspection position. The driver of the 1991 Ford Probe initially behaved as if he was complying with Agent Rodriguez' orders.  The driver slowly piloted the 1991 Ford Probe forward, in the direction of the vehicle secondary inspection area.  Then, suddenly and without warning, the driver of the

1991 Ford Probe, accelerated rapidly, returned to the highway, and fled from the USBP checkpoint at a high rate of speed.

4. Agent Rodriguez reacted instantly. He vaulted into a nearby marked USBP service vehicle, and pursued the 1991 Ford Probe. Agent Rodriguez activated the emergency lights and siren of the USBP service vehicle, and raced west down State Route 94 in pursuit of the fleeing 1991 Ford Probe. Agent Rodriguez pursued the 1991 Ford Probe for one to two minutes over a distance of approximately two miles. As Agent Rodriguez followed behind the fleeing 1991 Ford Probe, he noted the driver of the sedan was continuing to increase speed. Soon, the 1991 Ford Probe was approaching or exceeding 80 miles per hour. Agent Rodriguez was concerned that by driving at such a high and reckless pace, the driver of the 1991 Ford Probe was threatening the safety and welfare of the motoring public. Fearing for the public welfare, Agent Rodriguez terminated his pursuit. At the time the agent disengaged, he was in the general vicinity of the intersection of State Route 94 and Proctor Valley Road.

5. As Agent Rodriguez terminated pursuit, and while the fleeing 1991 Ford Probe was still within sight down the highway, he saw the driver bring the sedan to a complete stop. Instantly, one of the doors on the passenger side sprang open, and what appeared to be an adult subject ran from the vehicle. As soon as the passenger exited the vehicle, the door shut and the 1991 Ford Probe sped away. The fleeing sedan continued traveling westbound on State Route 94 at a high rate of speed. In an instant, it was out of sight. Agent Rodriguez immediately drove to the location where the passenger alighted from the 1991 Ford Probe. After a brief search, Agent Rodriguez located and detained the passenger, an adult Hispanic male. Agent Rodriguez identified himself as a USBP agent, and inquired as to the citizenship of the subject. He identified himself as Ruben Virrueta-Mata. He declared himself to be a citizen of Mexico, and

readily admitted he was undocumented. As such, he was not lawfully authorized to enter or remain in this country. Agent Rodriguez arrested Virrueta-Mata as an undocumented alien, and transported him to the State Route 94 USBP checkpoint for processing. Although Agent Rodriguez was successful in locating, detaining and arresting the passenger that alighted from the 1991 Ford Probe, the vehicle and the driver evaded the agent, and escaped. The identity of the driver and whereabouts of both the driver and the 1991 Ford Probe are unknown to your affiant.

6.   At the SR 94 Checkpoint, Ruben Virrueta-Mata admitted he had been smuggled into the United States from Mexico. At the time the 1991 Ford Probe arrived at the USBP checkpoint, Virrueta-Mata was being illegally transported through the Southern District of California. When the 1991 Ford Probe arrived at the checkpoint, Virrueta-Mata was hiding in the passenger cabin. Moreover, Virrueta-Mata revealed two other undocumented aliens were hiding in the trunk of the 1991 Ford Probe.

7.   Your affiant submits the factual statement herein supports a finding of probable cause to believe the silver 1991 Ford Probe, bearing California license plate number **6CHK238**, VIN: 1ZVPT21UXM5143451 was being used by its operator and others to facilitate the illegal smuggling and transportation of undocumented aliens, in violation of Title, 8 United States Code, Section 1324. This seizure warrant is sought pursuant to Title 8, United States Code, Section 1324(b), and Title 8 Code of Federal Regulations, Section 274.4.

10.   Based on my training and experience, I know it is common practice for criminal alien smugglers to smuggle and transport aliens into and throughout the United States from Mexico during the night and under cover of darkness. Aliens also frequently cross the United States/Mexico International Border during the nighttime, early morning hours and under cover of darkness. Criminal alien smugglers also time their movement of undocumented aliens to

coordinate with shift changes and the operational schedules of the U.S. Border Patrol. The 1991 Ford Probe sedan is at large and could be located most anywhere in the Republic of Mexico or the United States. Based upon my training and experience, your affiant believes it is quite likely the 1991 Ford Probe will again be pressed into service as an undocumented alien smuggling and transportation vehicle. For these reasons, your affiant respectfully requests that the seizure warrant order the seizure of the 1991 Ford Probe at any time of the day or night so long as the vehicle is encountered in on public property, in a public place, or on a public road or highway. By fully expanding the operational hours of the seizure warrant, law enforcement personnel who encounter the 1991 Ford Probe in a public location will be able to execute the seizure warrant at any time of the day or night.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

11. Because there is probable cause to believe that the 1991 Ford Probe bearing California license plate number **6CHK238,** was illegally used to transport illegal aliens in violation of Title 8, United States Code 1324, the vehicle is subject to seizure and forfeiture to the United States government pursuant to Title 8, United States Code, Section 1324 (b), and Title 8, Code of Federal Regulations, Section 274.4. I request that a seizure warrant issue forthwith. Moreover, your affiant respectfully requests the seizure warrant be issued with instructions that it is valid 24 hours a day if the vehicle is found in a public place, on public property, or is encountered while being operated on a public road or highway during the night and early morning hours.

12. Having signed this affidavit under oath, the affiant states that its contents are true and correct to the best of my knowledge, information and belief.

Dated: March 3, 2008        By: _____

Jose D. Morales, Agent

United States Border Patrol

San Diego Sector

Subscribed and sworn to before me this 5th day of ~~February~~ March 2008.

_____

United States Magistrate
**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

Seizure warrant for a 1991 silver Ford Probe bearing California License plate number 6CHK238, VIN: 1ZVPT21UXM5143451

Page 6